1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   PATRICK W. McLAUGHLIN
4  California State Bar No. 89657
   Assistant United States Attorney
5  Organized Crime Drug Enforcement Task Force
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6683
        Facsimile: (213) 894-0142
8       E-mail: patrick.mclaughlin@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    )    No. CR 05-786-RMT
                                )
                Plaintiff,      )    [PROPOSED] ORDER DISMISSING
                                )    CASE AS TO DEFENDANT YOVANI
             v.                 )    OSVALDO ALVAREZ
                                )
   YOVANI OSVALDO ALVAREZ,      )
                                )
                Defendant.      )
   _____)

        Pursuant to Rule 48 of the Federal Rules of Criminal

   Procedure, upon motion of the United States Attorney for the

   Central District of California, the Court hereby dismisses

   with prejudice the above-referenced case as to defendant Yovani

   Osvaldo Alvarez.  The bond is hereby exonerated.

        IT IS SO ORDERED.

   DATED: February 6, 2009        _____
                                  HONORABLE ROBERT M. TAKASUGI
                                  UNITED STATES DISTRICT COURT